Jennifer G. Ramos
2397 Blanding Avenue, San Jose, CA 95121
Phone No.:   (408) 274-5424
Fax No.:
live_the_moment55@yahoo.com
Pro Se Plaintiff

RECEIVED
FEB 18 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**United States District Court**

**Northern District of California**

**San Jose Division**

| | |
|---|---|
| Jennifer G. Ramos, et al, ) | Case No. CV 14-04713 PSG |
|     Plaintiffs ) | |
|         v. ) | [~~PROPOSED~~] ORDER TO EXTEND TIME TO: |
| Thomas G. Ramos, et al ) | **PROCESS SERVE** |
|     Defendants ) | |

    Plaintiffs are requesting to extend the time to process serve the following Defendants: Patricia Fabros Ramos, in the Philippines and Helen R. Instrella in New York.

    A Process Service Company was hired to do the service and still is attempting to do so as of this filing, since they did not sign the Waiver of Service that was sent together with all the required documents that was enclosed with the Complaint by the allotted time that was indicated on the Notice of a Lawsuit and Request to Waive Service of a Summons thru regular mail.

    Good cause for such order having been shown.   Plaintiffs shall receive an extension of 30 days such that proper process service must occur by March 23, 2015.
SO ORDERED.

Dated: __February 25__, 2015            By: ____Paul S. Grewal____
                                                                       Judge Paul Singh Grewal
                                                United States District Magistrate Judge