1  Jennifer G. Ramos
2  2397 Blanding Avenue, San Jose, CA 95121
3  Phone No.:   (408) 274-5424
4  Fax No.:
5  live_the_moment55@yahoo.com
6  Pro Se Plaintiff

United States District Court

Northern District of California

San Jose Division

| Jennifer G. Ramos, et al, | ) | Case No. CV 14-04713 PSG |
|---|---|---|
| Plaintiffs | ) | |
| v. | ) | [~~PROPOSED~~] ORDER TO EXTEND TIME TO: |
| Thomas G. Ramos, et al | ) | RESPOND TO AMENDED MOTION TO DISMISS |
| Defendants | ) | |

    Plaintiffs are requesting to extend the time to respond to Amended Motion to Dismiss of the Defendants filed February 9, 2015.

    Plaintiffs' responses are due March 11, 2015 and Defendants' replies are due March 18, 2015. Good cause for such order having been shown.

    IT IS SO ORDERED.

Dated: February 25, 2015                    By: _Paul S. Grewal_

                                                   Judge Paul Singh Grewal

                                            United States District Magistrate Judge