**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER G. RAMOS, et al., ) | Case No. 5:14-cv-04713-PSG |
| Plaintiffs, ) | **ORDER REQUIRING CONSENT OR LEAVE TO FILE AMENDED COMPLAINT** |
| v. ) | |
| MOISES G. RAMOS, et al., ) | |
| Defendants. ) | |

Plaintiffs filed an amended complaint 40 days after Defendants filed a Fed. R. Civ. P. 12(b) motion to dismiss. Under Fed. R. Civ. P. 15(a)(2), however, before filing this amended complaint, Plaintiffs were required to obtain Defendants' written consent or the court's leave. Because Plaintiffs did not secure any such consent or leave before filing, Plaintiffs' amended complaint was filed in error. To correct this error, within seven days Plaintiffs shall file evidence of Defendants' consent or seek leave from the court to file their amended complaint.

**SO ORDERED.**

Dated: March 13, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge