UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER G. RAMOS, et al., | ) Case No. 5:14-cv-04713-PSG |
| Plaintiffs, | ) **ORDER RE:  MOTIONS TO DISMISS AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| v. | ) |
| MOISES G. RAMOS, et al., | ) **(Re:  Docket Nos. 15, 25, 37)** |
| Defendants. | ) |

Defendants filed two motions to dismiss.[1]  In response, Plaintiffs first requested more time to file an opposition—which they got—and then, instead of filing an opposition, posted an amended complaint.[2]  After the court ruled that Plaintiffs needed leave or consent to file an amended complaint, Plaintiffs now request leave.[3]  For Defendants' two motions to dismiss and Plaintiffs' motion for leave, the hearing shall be continued to April 28 at 10:00 a.m.  Any response to the leave motion shall be filed no later than April 7.  No reply will be considered.

---

[1] *See* Docket Nos. 15, 25.

[2] *See* Docket Nos. 23, 32.

[3] *See* Docket No. 37.

1
Case No. 5:14-cv-04713-PSG
ORDER RE:  MOTIONS TO DISMISS AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**SO ORDERED.**

Dated: March 20, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge