1  Jennifer G. Ramos
2  2397 Blanding Avenue, San Jose, CA 95121
3  Phone No.:   (408) 274-5424
4  Fax No.:
5  live_the_moment55@yahoo.com
6  Pro Se Plaintiff

**RECEIVED**
MAR 23 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

United States District Court
Northern District of California
San Jose Division

| | | |
|---|---|---|
| Jennifer G. Ramos, et al, | ) | Case No. CV 14-04713 PSG |
| Plaintiffs | ) | |
| v. | ) | [~~PROPOSED~~] **ORDER TO RE-EXTEND TIME TO** |
| Thomas G. Ramos, et al | ) | **PROCESS SERVE** |
| Defendants | ) | |

Plaintiffs were granted on February 25, 2014, an extension to process serve Defendants' Fabros and Instrella until March 23, 2015.

Defendant Fabros has been process served, however, Defendant Instrella has not been served.

A Declaration in support of this Proposed Order is herewith attached.

Good cause for such order having been shown. The court grants an extension until April 7, 2015.

IT IS SO ORDERED.

Dated: __March 24__, 2015        By: ____Paul S. Grewal____

Judge Paul Singh Grewal
United States District Magistrate Judge