UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER G. RAMOS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PATRICIA R. FABROS,<br><br>　　　　　Defendant. | Case No. 5:14-cv-04713-PSG<br><br>**ORDER TO SHOW CAUSE** |

On September 15, 2015, Plaintiffs served the fifth amended complaint by mail on Patricia R. Fabros, the remaining Defendant in this case.[1] Fabros, who lives in the Philippines,[2] has not appeared in this case, consented to magistrate judge jurisdiction or answered the fifth amended complaint. Under Fed. R. Civ. P. 12(a)(1)(A), Fabros' deadline to file a responsive pleading to the fifth amended complaint was October 6, 2015.

Despite Fabros' failure to respond to the fifth amended complaint, Plaintiffs have not pursued entry of default against her. No later than April 12, 2016, Plaintiffs shall show cause why this case should not be dismissed against Fabros for failure to prosecute.

---

[1] *See* Docket No. 74.

[2] *See* Docket No. 52.

1  **SO ORDERED.**

2  Dated: April 5, 2016

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge