UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER G. RAMOS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>PATRICIA R. FABROS,<br><br>          Defendant. | Case No. 5:14-cv-04713-PSG<br><br>**ORDER TO SHOW CAUSE** |

In February, the court severed the case against Defendant Patricia R. Fabros.[1] Because the case has been severed, Plaintiffs Jennifer G. Ramos, et al. must open a new case with the court, pay the filing fee and file a complaint stating their claims against Fabros alone. The court will address Plaintiffs' request for a stay of the case against Fabros[2] if and when the separate case against her has been opened. Plaintiffs shall open the new case by paying the filing fee by May 6, 2016, or show cause why the severed case against Fabros should not be dismissed for failure to prosecute.

The Clerk of Court may close the current case: the court dismissed with prejudice as to Defendants Thomas G. Ramos, Helen R. Instrella and Timothy G. Caoile, and severed the case against Fabros.[3]

---

[1] *See* Docket No. 89 at 1.

[2] *See* Docket No. 95.

[3] *See* Docket No. 89 at 1.

1  **SO ORDERED.**

2  Dated: April 15, 2016

3  _____
   PAUL S. GREWAL
4  United States Magistrate Judge