UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER G. RAMOS, et al., | Case No. 5:14-cv-04713-PSG |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| THOMAS G. RAMOS, et al., | |
| Defendants. | |

The court has granted Defendants Thomas G. Ramos and Helen R. Instrella and Timothy G. Caoile's motions to dismiss, and severed the case against remaining Defendant Patricia Ramos Fabros.[1] Because further amendment would be futile, leave to amend is denied.[2] The Clerk shall close the file.

**SO ORDERED.**

Dated: April 18, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 89.

[2] *See id.* at 9; *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1086 (9th Cir. 2014) ("A complaint should not be dismissed without leave to amend unless amendment would be futile." (citing *McQuillion v. Schwarzenneger*, 369 F.3d 1091, 1099 (9th Cir. 2004))).

1

Case No. 5:14-cv-04713-PSG
JUDGMENT