UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER G. RAMOS, et al., | Case No. 5:14-cv-04713-PSG |
| Plaintiffs, | **ORDER** |
| v. | **(Re:  Docket No. 98)** |
| PATRICIA R. FABROS, | |
| Defendant. | |

The court has received Plaintiffs Jennifer G. Ramos, et al.'s response to the order to show cause.[1]  Plaintiffs state that they are uninterested in pursuing their claims against Fabros in a separate case,[2] and so the court considers this matter resolved.

**SO ORDERED.**

Dated: May 11, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket Nos. 96, 98.

[2] *See* Docket No. 98 at 2-6.

Case No. 5:14-cv-04713-PSG
ORDER

1